UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BAHIA AMAWI**<br><br>        Plaintiff,<br><br>    vs.<br><br>**PFLUGERVILLE INDEPENDENT SCHOOL DISTRICT**; and<br><br>**KEN PAXTON**, in his official capacity as Attorney General of Texas,<br><br>        Defendants. | Case No. 1:18-cv-01091-RP<br><br>**NOTICE OF CONDITIONAL STIPULATION TO INJUNCTIVE RELIEF BETWEEN BAHIA AMAWI AND PFLUGERVILLE INDEPENDENT SCHOOL DISTRICT** |

**PLAINTIFF BAHIA AMAWI AND DEFENDANT PFLUGERVILLE INDEPENDENT SCHOOL DISTRICT'S CONDITIONAL STIPULATION REGARDING PENDING PRELIMINARY INJUNCTION PROCEEDINGS**

Plaintiff Bahia Amawi and Defendant Pflugerville Independent School District (the "School District") hereby enter into the following conditional stipulation regarding the pending preliminary injunction proceedings, subject to Federal Rule of Evidence 408. This conditional stipulation is entered by these two parties alone and does not pertain to Defendant Ken Paxton.

**Conditional Stipulation Terms**

WHEREAS, the Plaintiff has named the School District as a defendant in this case;

WHEREAS, the Plaintiff and the School District agree that this legal dispute is attributable to Tex. Gov. Code § 2270.001 *et. seq*, which compels the School District to include certain language regarding boycotts of Israel in its agreements with contractors;

WHEREAS, the School District—though committed to following all applicable laws, including Tex. Gov. Code §2270.001 *et. seq*—takes no position at this time on the constitutionality of the law which gave rise to this litigation;

1

THEREFORE, Plaintiff Bahia Amawi and the School District hereby agree to the following:

**STIPULATION:** In the event that this Court, or any other with controlling authority over this dispute, invalidates or enjoins enforcement of Tex. Gov. Code § 2270.001 *et. seq*, the School District will offer Plaintiff Bahia Amawi another contract to provide speech pathology services containing all the same terms as the contract the School District previously offered to the Plaintiff but for the provision required by Tex. Gov. Code §2270.001 *et. seq*.  In the event that this Court, subsequent to invalidating or enjoining enforcement of Tex. Gov. Code § 2270.001 *et. seq*, does not grant a permanent injunction or is reversed by an appellate court, Plaintiff Bahia and the School District agree that this Conditional Stipulation does not preclude in any manner the School District from complying with Tex. Gov. Code § 2270.001 *et. seq*. Without the parties taking a position on the availability of attorneys' fees in this matter, Plaintiff will not pursue attorneys' fees against the District for any events or activities prior to the District making a formal appearance in this suit.

                                    Respectfully submitted,

Dated:  January 8, 2019              **JOHN T. FLOYD LAW FIRM**

                                    /s/ John T. Floyd
                                    John T. Floyd (TX Bar No. 00790700)
                                        jfloyd@johntfloyd.com
                                    Christopher M. Choate (TX Bar No. 24045655)
                                        choate@johntfloyd.com
                                    4900 Woodway Dr., Ste. 725
                                    Houston, TX 77056
                                    Phone: (713) 224-0101
                                    Fax:    (713) 237-1511

**CAIR LEGAL DEFENSE FUND**

*/s/ Lena F. Masri*
Lena F. Masri (D.C. Bar No. 1000019) α
   lmasri@cair.com
Gadeir I. Abbas (VA Bar No. 81161) α *
   gabbas@cair.com
Carolyn M. Homer (D.C. Bar No. 1049145) α
   chomer@cair.com
453 New Jersey Ave., SE
Washington, DC 20003
Phone: (202) 742-6420
Fax:    (202) 488-0833

α *Admitted pro hac vice*

* *Licensed in VA, not in D.C.*
  *Practice limited to federal matters*

*Attorneys for Plaintiff Bahia Amawi*

**WALSH GALLEGOS TREVIÑO RUSSO & KYLE P.C.**

*/s/ Todd A. Clark*
TODD A. CLARK
State Bar No. 04298850
JOEY W. MOORE
State Bar No. 24027523
505 E. Huntland Drive, Suite 600
Austin, Texas 78752
Telephone:  (512) 454-6864
Facsimile:  (512) 467-9318
tclark@wabsa.com

*Attorneys for Defendant Pflugerville Independent School District*

3

## CERTIFICATE OF SERVICE

I affirm that, immediately after filing, this document will be served on the following counsel via the Court's ECF system.

Michael Abrams
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, TX 78711
Michael.Abrams@oag.texas.gov
*Counsel for Attorney General Ken Paxton*

                                        /s/ Lena F. Masri
                                          Lena F. Masri