IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Bahia Amawi,                              § | | |
|    *Plaintiff*,            § | | |
|                                      § | | |
| v.                                        § | Civil Action No. 1:18-CV-1091-RP | |
|                                      § | | |
| Pflugerville Independent School District; and § | *consolidated with:* | |
| Ken Paxton, in his official capacity as   § | | |
| Attorney General of Texas,                § | Civil Action No. 1:18-CV-1100-RP | |
|    *Defendants*.           § | | |

### DEFENDANT KEN PAXTON'S NOTICE OF SUPPLEMENTAL AUTHORITY

On January 23, 2019, a district court in the Eastern District of Arkansas denied a motion for preliminary injunction that sought to enjoin an anti-boycott Israel law much like the one at issue here. *See* Exhibit A, *Arkansas Times LP v. Waldrip et al.*, No. 4:18-cv-00914-BSM (E.D. Ark., Jan. 23, 2019). The district court concluded that a boycott of Israel, as defined by Arkansas' statute, is not protected by the First Amendment because it is not speech or inherently expressive conduct. *Id.* at 9–12.

The court noted that its conclusion "diverges from decisions recently reached by two other federal district courts." *Id.* at 8 (citing *Jordahl v. Brnovich*, 336 F. Supp. 3d 1016 (D. Ariz. 2018) and *Koontz v. Watson*, 283 F. Supp. 3d 1007 (D. Kan. 2018)). For the reasons stated in General Paxton's omnibus response (Doc. 25) and the reasoning recently provided by the district court in *Arkansas Times LP*, Plaintiffs' motion for preliminary injunction should be denied.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

AMANDA J. COCHRAN-MCCALL
Chief for General Litigation Division

*/s/ Michael R. Abrams*
MICHAEL R. ABRAMS
Texas Bar No. 24087072
Assistant Attorney General
RANDALL W. MILLER
Texas Bar No. 24092838
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Michael.Abrams@oag.texas.gov
Randall.Miller@oag.texas.gov

**Counsel for Defendant Ken Paxton**

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was served upon Plaintiffs' counsel of record through the Court's electronic filing system on January 24, 2019.

                                                        /s/ *Michael R. Abrams*
                                                        MICHAEL R. ABRAMS