IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BAHIA AMAWI, § | | |
| Plaintiff, § | | |
| v. § | 1:18-CV-1091-RP | |
| PFLUGERVILLE INDEPENDENT § | | |
| SCHOOL DISTRICT, et al., § | *Consolidated with:* | |
| Defendants. § | 1:18-CV-1100-RP | |

**ORDER**

Before the Court is a Motion for Leave to File Responses to Plaintiff's Motion for Preliminary Injunction and In Excess of 10 Pages by Defendants Trustees of the Klein Independent School District and Trustees of the Lewisville Independent School District ("Defendants"). (Dkt. 46). Defendants previously sought an extension of time to file their response to Plaintiffs' preliminary injunction motion. (Dkt. 32). The Court denied Defendants' request because "[t]he bases for Defendants' request should have been known to Defendants well in advance of the deadline, and Defendants waited until the afternoon of the day on which their response was due to request the extension." (Order, Dkt. 41, at 1–2). The Court also noted Plaintiffs' concern that "further delay prevents Plaintiff Amawi from returning to work." (*Id.* at 1).

Rather than immediately seek leave to file their responses, Defendants waited an additional eight days to file the instant motion before the Court. (Dkt. 46). Moreover, although Defendants argue that the motion should be granted because their responses raise jurisdictional issues that must be resolved before the Court can fashion appropriate injunctive relief, the motion also indicates that its jurisdictional arguments are duplicative of arguments already made in Defendants' motions to dismiss. (*Id.* at 3). In light of Defendants' further delay in seeking relief, the duplicative nature of the

1

arguments raised, and the need to resolve the pending motion for a preliminary injunction as expeditiously as possible, the Court will deny Defendants' request.

Accordingly, Defendants' Motion for Leave to File Responses to Plaintiff's Motion for Preliminary Injunction and In Excess of 10 Pages, (Dkt. 46), is **DENIED**.

**SIGNED** on February 13, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE