IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BAHIA AMAWI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-1091-RP |
| | § | |
| PFLUGERVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, et al., | § | *Consolidated with:* |
| | § | 1:18-CV-1100-RP |
| Defendants. | § | |

## ORDER

Before the Court are Plaintiffs' Motion for Preliminary Injunction, (Dkt. 8), Defendant Board of Regents of the Texas A&M University System and Defendant Board of Regents of the Houston University System's Motion to Dismiss and Response to Plaintiffs' Motion for Preliminary Injunction, (Dkt. 24), Defendant Trustees of the Lewisville Independent School District's Motion to Dismiss, (Dkt. 43), Defendant Trustees of the Klein Independent School District's Motion to Dismiss, (Dkt. 44), and Defendant Ken Paxton's Motion to Dismiss, (Dkt. 55). Plaintiffs request a hearing on their motion for a preliminary injunction. (Dkt. 8). Having considered all the above motions, the Court finds that they raise arguments relevant to Plaintiffs' request for injunctive relief. The Court will therefore consider all of the motions in the same hearing.

**IT IS ORDERED** that the Court will hold a hearing on all the above motions at **9:00 am on March 29, 2019**. The hearing will take place in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, Texas. Counsel for all parties must appear at this hearing.

**SIGNED** on February 20, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE