# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Bahia Amawi, John Pluecker, Obinna Dennar, Zachary Abdelhadi, George Hale § § § vs. § § Pflugerville Independent School District, Ken Paxton, Board of Regents of the University of Houston System, Trustees of the Klein Independent School District, Trustees of the Lewisville Independent School District, Board of Regents of the Texas A&M University System, State of Arizona | CIVIL NO: AU:18-CV-01091-RP |

## ORDER SETTING MOTIONS HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTIONS HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, March 29, 2019 at 09:00 AM**. All parties and counsel must appear at this hearing. The parties are notified that this hearing will also include argument related to Clerk's Doc #14- Pluecker's original motion for preliminary injunction.

IT IS SO ORDERED this 21st day of February, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE