IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BAHIA AMAWI, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 1:18-CV-1091-RP | |
| § | | |
| PFLUGERVILLE INDEPENDENT § | | |
| SCHOOL DISTRICT, et al., § | *Consolidated with:* | |
| § | 1:18-CV-1100-RP | |
| Defendants. § | | |

## ORDER

Before the Court is a motion to continue by Defendants Trustees of the Klein Independent School District and Trustees of the Lewisville Independent School District ("Defendants"). (Dkt. 65). Defendants request that the hearing in this matter set for March 29, 2019, be extended to May 28, 2019. (*Id.* at 4). Plaintiffs indicate that they are opposed to this relief and intend to file a response. (*Id.* at 7). Because the hearing in this matter is set to occur in eight days, the Court finds that expedited briefing on the instant motion is appropriate.

Accordingly, it is **ORDERED** that Plaintiffs' response, if any, to the motion to continue the hearing, (Dkt. 65), is due on or before **March 24, 2019, at 11:59 p.m. CDT**. Defendants' reply, if any, is due on or before **March 26, 2019, at 12:00 p.m. CDT**, but the Court need not wait for a reply before ruling on the motion. W. D. Tex. Loc. R. CV-7(f)(2).

**SIGNED** on March 21, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE