IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BAHIA AMAWI, | § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-1091-RP |
| PFLUGERVILLE INDEPENDENT SCHOOL DISTRICT, et al., | § § § | *Consolidated with:* 1:18-CV-1100-RP |
| Defendants. | § § | |

## ORDER

**IT IS ORDERED** that the hearing in this matter set to commence at 9:00 a.m. CDT on March 29, 2019, will run for no longer than 3 hours. Plaintiffs will have no longer than ninety minutes to present arguments and rebuttals on all pending motions to be addressed at the hearing. Likewise, Defendants will have no longer than ninety minutes to present arguments and rebuttals on all pending motions to be addressed at the hearing. Plaintiffs must determine among themselves how to allocate their time. Defendants must also determine among themselves how to allocate their time.

**SIGNED** on March 26, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE