UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Bahia Amawi, John Pluecker, Obinna Dennar, Zachary Abdelhadi, George Hale<br><br>vs.<br><br>Pflugerville Independent School District, Ken Paxton, Board of Regents of the University of Houston System, Trustees of the Klein Independent School District, Trustees of the Lewisville Independent School District, Board of Regents of the Texas A&M University System | §<br>§<br>§<br>§<br>§<br>§ CIVIL NO:<br>AU:18-CV-01091-RP |

## LIST OF WITNESSES- Motions Hearing 3/29/19

| BY | PLAINTIFF | BY | DEFENDANT |
|---|---|---|---|
| 1. | Bahia Amawi | 1. | |
| 2. | | 2. | |
| 3. | | 3. | |
| 4. | | 4. | |
| 5. | | 5. | |
| 6. | | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |