IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Bahia Amawi, | § | |
|              *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:18-CV-1091-RP |
| | § | |
| Pflugerville Independent School District; and | § | *consolidated with:* |
| Ken Paxton, in his official capacity as | § | |
| Attorney General of Texas, | § | Civil Action No. 1:18-CV-1100-RP |
|              *Defendants.* | § | |

**DEFENDANT KEN PAXTON, BOARD OF REGENTS OF THE UNIVERSITY OF HOUSTON SYSTEM, AND BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM'S NOTICE OF APPEAL**

Notice is hereby given that Defendants Ken Paxton, in his official capacity as Attorney General of Texas, Defendant Board of Regents of the University of Houston System, and the Board of Regents of the Texas A&M University System hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order, (Doc. 82), entered on April 25, 2019.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

AMANDA J. COCHRAN-MCCALL
Chief for General Litigation Division

*/s/ Michael R. Abrams*
MICHAEL R. ABRAMS
Texas Bar No. 24087072
Assistant Attorney General
RANDALL W. MILLER
Texas Bar No. 24092838
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Michael.Abrams@oag.texas.gov
Randall.Miller@oag.texas.gov

**Counsel for Defendant Ken Paxton and University Defendants**

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was served upon Plaintiffs' counsel of record through the Court's electronic filing system on April 29, 2019.

                                                */s/ Michael R. Abrams*
                                                MICHAEL R. ABRAMS