IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BAHIA AMAWI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-1091-RP |
| | § | |
| PFLUGERVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, et al., | § | *Consolidated with:* |
| | § | 1:18-CV-1100-RP |
| Defendants. | § | |

**ADVISORY**

On April 29, 2019, at 4:08 p.m. CDT, Defendant Ken Paxton filed a motion seeking to stay this case pending appeal of this Court's order, dated April 25, 2019, enjoining House Bill 89, codified at Tex. Gov. Code § 2270.001 *et seq.* (Dkt. 83). He requests that the Court issue a ruling on the motion by May 1, 2019. (*Id.* at 1). This timing does not allow Plaintiffs adequate time to respond to the motion, and they have indicated that they are opposed to the relief it requests. (*Id.* at 8). Paxton also does not provide any explanation or argument for the request that this motion be resolved by May 1.

Accordingly, the Court will permit Plaintiffs to file a response to the motion on or before May 6, 2019, in accordance with the Local Rules. *See* W.D. Tex. Loc. R. CV-7(d).

**SIGNED** on April 30, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE