UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Bahia Amawi,** § | | |
| § | | |
| Plaintiff § | | Case No. 1:18-cv-1091-RP |
| § | | |
| v. § | | *consolidated with:* |
| § | | |
| **Pflugerville Independent School District, et al.,** § | | Case No. 1:18-cv-1100-RP |
| § | | |
| Defendants § | | |

### DEFENDANTS LEWISVILLE ISD'S AND KLEIN ISD'S NOTICE OF APPEAL

Notice is hereby given that (1) the Trustees of the Lewisville Independent School District, in the name of the Lewisville Independent School District, ("Lewisville ISD") and (2) the Trustees of the Klein Independent School District, in the name of the Klein Independent School District, ("Klein ISD") Defendants in the above entitled and numbered cause, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order [Dkt. 82] entered on April 25, 2019.

Respectfully submitted,

/s/ Thomas P. Brandt
**THOMAS P. BRANDT**
  State Bar No. 02883500
  tbrandt@fhmbk.com
**FRANCISCO J. VALENZUELA**
  State Bar No. 24056464
  fvalenzuela@fhmbk.com
**LAURA O'LEARY**
  State Bar No. 24072262
  loleary@fhmbk.com

 **FANNING HARPER MARTINSON**
  **BRANDT & KUTCHIN, P.C.**
  Two Energy Square
  4849 Greenville Ave., Suite 1300

Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**COUNSEL FOR DEFENDANTS LEWISVILLE INDEPENDENT SCHOOL DISTRICT AND KLEIN INDEPENDENT SCHOOL DISTRICT**

## CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of May, 2019, I electronically filed the foregoing document with the clerk of the Court for the United States District Court, Western District of Texas, using the electronic case filing system of the Court, and that it reported that it was delivered to all attorneys of record.

/s/ Thomas P. Brandt
**THOMAS P. BRANDT**