# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 28, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-50384    Bahia Amawi v. Pflugerville Indep Sch Dist, et al
                       USDC No. 1:18-CV-1091
                       USDC No. 1:18-CV-1100

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Michael Abrams
Mr. Thomas Phillip Brandt
Ms. Jeannette Clack, Clerk
Mr. John Thomas Floyd III
Mr. Brian Hauss
Mr. Kyle Douglas Hawkins
Ms. Carolyn M. Homer
Ms. Lena F. Masri
Ms. Laura Dahl O'Leary
Ms. Adriana Cecilia Pinon
Mr. Edgar Saldivar
Mr. Andre Segura
Mr. Francisco J. Valenzuela

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-50384
_____

BAHIA AMAWI.

      Plaintiff - Appellee

v.

KEN PAXTON, in his official capacity as Attorney General of Texas,

      Defendants - Appellants

---

JOHN PLUECKER; OBINNA DENNAR; ZACHARY ABDELHADI; GEORGE HALE;

      Plaintiffs - Appellees

v.

BOARD OF REGENTS OF THE UNIVERSITY OF HOUSTON SYSTEM; TRUSTEES OF THE KLEIN INDEPENDENT SCHOOL DISTRICT; TRUSTEES OF THE LEWISVILLE INDEPENDENT SCHOOL DISTRICT; BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM,

      Defendants - Appellants

_____

Appeals from the United States District Court
for the Western District of Texas
_____

Before SOUTHWICK, HAYNES, and HO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that Appellants' motion to stay injunction pending appeal is GRANTED.

IT IS FURTHER ORDERED that Appellants' motion for a temporary administrative stay of injunction pending a ruling on the motion to stay injunction pending appeal is DENIED AS MOOT.