IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BAHIA AMAWI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-1091-RP |
| | § | |
| PFLUGERVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, et al., | § | *Consolidated with:* |
| | § | 1:18-CV-1100-RP |
| Defendants. | § | |

# ORDER

On April 25, 2019, the Court granted two motions for a preliminary injunction by Plaintiff Bahia Amawi ("Amawi") and Plaintiffs John Pluecker, Zachary Abdelhadi, Obinna Dennar, and George Hale (collectively, "Plaintiffs"). (Dkt. 82). Soon after, Defendant Ken Paxton ("Paxton") filed a motion to stay the case pending appeal. (Dkt. 83). On the same day, Defendants Paxton, the Board of Regents of the University of Houston System, and the Board of Regents of the Texas A&M University System (collectively, "Defendants") appealed this Court's order on the preliminary injunction motions. (Dkt. 84). This Court denied the motion to stay. (Dkt. 91). Several weeks later, the Fifth Circuit granted Defendants' motion to stay the injunction pending appeal. (Dkt. 102).

Currently, there are two pending motions in this case: Amawi's motion for permanent injunction, (Dkt. 90), and Plaintiffs' motion for declaratory judgment, (Dkt. 111).[1] Both motions pertain to the Court's preliminary injunction order, which has been stayed by the Fifth Circuit. Thus, there appears to be little this Court can do to move this case along pending the interlocutory appeal.

---

[1] On November 6, 2019, Plaintiffs Zachary Abdelhadi, Obinna Dennar, George Hale, and John Pluecker filed a notice of joinder in Amawi's motion for permanent injunction. (Dkt. 114). Defendants Trustees of the Klein Independent School District and Trustees of the Lewisville School District objected to the notice of joinder. (Dkt. 115). The notice of joinder and the objections to it are pending.

Accordingly, in light of the Fifth Circuit's stay of this Court's preliminary injunction, the Court will issue a sua sponte stay of the case.

For these reasons and for the Court's efficient administration of its docket, the Court **STAYS** this case and suspends all deadlines and court settings pending a determination from the Fifth Circuit.

**SIGNED** on December 5, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE