IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BAHIA AMAWI, | § | |
| Plaintiff, | § | |
| v. | § | 1:18-CV-1091-RP |
| PFLUGERVILLE INDEPENDENT SCHOOL DISTRICT, et al., | § | Consolidated with: 1:18-CV-1100-RP |
| Defendants. | § | |

# ORDER

Defendants[1] appealed this Court's Order, (Dkt. 82), on Plaintiffs'[2] motion for preliminary injunction, (Dkt. 8), on May 2, 2019, (Dkt. 87). After considering Defendants' interlocutory appeal, the Fifth Circuit issued the mandate and a copy of its opinion on May 19, 2020. (Dkt. 121). In its opinion, the Fifth Circuit noted that "twelve days after the district court's ruling [on Plaintiffs' motion for preliminary injunction], Texas enacted final legislation that exempts sole proprietors from the 'No Boycott of Israel' certification requirement. The plaintiffs are all sole proprietors." (*Id.* at 4). Concluding that Plaintiffs no longer have a personal stake in this litigation, the Fifth Circuit held that the case is moot and vacated this Court's preliminary injunction order, (Dkt. 82). (Dkt. 121, at 4). The case is now remanded to this Court "to enter an appropriate judgment dismissing the complaints." (*Id.*). The Fifth Circuit clarified that the only issue left to be decided on remand is attorney's fees. (*Id.* at 9).

Accordingly, **IT IS ORDERED** that the **STAY** is lifted. (*See* Order Staying Case, Dkt. 116).

---

[1] Defendants are Pflugerville Independent School District, Ken Paxton, Board of Regents of the University of Houston System, Trustees of the Klein Independent School District, Trustees of the Lewisville Independent School District, and Board of Regents of the Texas A&M University System.
[2] Plaintiffs are Bahia Amawi, John Pluecker, Zachary Abdelhadi, Obinna Dennar, and George Hale.

**IT IS FURTHER ORDERED** that Plaintiffs' claims in these consolidated cases are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that any motion seeking attorney's fees shall be filed on or before **June 12, 2020**. The response shall be filed on or before **June 26, 2020**. The reply, if any, shall be filed on or before **July 6, 2020**.

The Court will enter final judgment by separate order.

**SIGNED** on May 28, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE