IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BAHIA AMAWI, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | 1:18-CV-1091-RP |
| § | | |
| PFLUGERVILLE INDEPENDENT § | | |
| SCHOOL DISTRICT, et al., § | | *Consolidated with:* |
| § | | 1:18-CV-1100-RP |
| Defendants. § | | |

### FINAL JUDGMENT

On this date, the Court issued an order dismissing Plaintiffs'[1] claims in these consolidated cases pursuant to the Fifth Circuit's judgment and mandate issued on May 19, 2020, (Dkt. 121). As nothing remains to resolve, the court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that, if a party files a motion seeking costs and attorney's fees, then costs and attorney's fees will be determined by separate order. Absent such a request, the parties shall bear their own costs and fees.

**SIGNED** on May 28, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs are Bahia Amawi, John Pluecker, Zachary Abdelhadi, Obinna Dennar, and George Hale.