IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Amawi, et al. § | |
|     *Plaintiffs,* § | |
| § | |
| v. § | Civil Action No.: 1:18-CV-1091-RP |
| § | |
| Pflugerville I.S.D., et al. § | |
|     *Defendants.* § | |

## [PROPOSED] ORDER GRANTING *PLUECKER* PLAINTIFFS' MOTION FOR ATTORNEYS' FEES PURUSANT TO 42 U.S.C. § 1988

Before the Court is the *Pluecker* Plaintiffs' Motion for Attorneys' Fees. Having considered the motion and the Declarations submitted in support thereof, as well as responses thereto, the Court finds that the Motion should be, and hereby is, **GRANTED**.

Accordingly, it is **ORDERED** that the *Pluecker* Plaintiffs be awarded their attorneys' fees from Defendant, the Attorney General of Texas, in the amount of $224,266.50 in fees, and costs in the amount of $1,220.10.

Ordered this \_\_\_ day of _____, 2020

                                                                    JUDGE PRESIDING