# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **BAHIA AMAWI**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**PFLUGERVILLE INDEPENDENT SCHOOL DISTRICT**; and<br><br>**KEN PAXTON**, in his official capacity as Attorney General of Texas,<br><br>　　　　Defendants. | Case No. 1:18-cv-01091-RP |

## DECLARATION OF JUSTIN SADOWSKY

I, Justin Sadowsky, swear under the penalty of perjury that the following facts are true to the best of my knowledge, information, and belief:

1.     I have personal knowledge of the facts set forth below.  If I were called as a witness, I could competently testify about what I have written in this declaration.

2.     I am currently a member of good standing of the District of Columbia and Virginia bar.

3.     I graduated from Columbia Law School in 2005 as a James Kent scholar and clerked for a federal appeals court judge until the fall of 2006. From Fall 2006 to Spring 2014, with the exception of a nine-month period of nonemployment in 2009-10, I worked for law firms in the District of Columbia.

1

4.      From Spring 2014 until February 2019, I worked full time as of counsel to law firms throughout the country.  From 2017 until February 2019, I also worked on both a volunteer and paid basis with the ACLU's National Prison Project

5.      Since February 2019, I have worked full time as a trial attorney with the Council on American-Islamic Relations Foundation, Inc. My litigation work is on behalf of CAIR Legal Defense Fund. I continue to provide limited Of Counsel services to other law firms during my spare time.

6.      I thus had a total of nearly 13 years of legal experience when I started this case. At this point, I have a total of over 14 years of legal experience.

7.      I am an attorney for Bahia Amawi who has worked on this case. I was an attorney of record before the Fifth Circuit but have not entered an appearance in the district court. This is immaterial. *See Ace Am. Ins. Co. v. Walters*, 12-cv-442, 2014 WL 523742, at *3 (S.D. Tex. Feb. 7, 2014) (collecting cases).

8.      During the course of CAIR Legal Defense Fund's representation of Bahia Amawi on this matter, I have recorded the time spent performing legal services in this case. I entered in a description of the legal services together with the precise time, to .1 of an hour, spent performing such legal services on a daily basis. I am only seeking fees for major projects and not minor administrative or coordination tasks that took less than one half of an hour on any given day. A true and correct copy of the spreadsheet recording that time is attached as Exhibit A.

9.      The total amount of hours I expended in this action is 186.4 hours. Of that time, 53.0 hours were spent on litigating this case in federal district court prior to May 7, 2019, the date Texas amended the Anti-BDS law at issue in this case, 20.1 hours were spent

litigating this case in federal district court after that date (excluding time spent preparing the motion for fees), 81.2 hours were spent litigating this case on appeal in the Fifth Circuit, and 32.1 were hours spent working so far on the motion for fees.

10.      I certify that the hours listed were actually expended on the topics stated in my time sheet.

11.      I certify that the hours expended were reasonable.

12.      CAIR Legal Defense Fund's fee agreement with Amawi is in the form of a contingency agreement. No hourly rate for attorney work is listed. CAIR attorneys do not typically charge an hourly fee in their customary business, as CAIR Legal Defense Fund is a civil rights nonprofit.

13.      The current U.S. Attorneys Office *Laffey* matrix for the District of Columbia uses a $483 hourly rate for an attorney with my experience for 2018, a $491 hourly rate for an attorney with my experience in 2019, and a $510 hourly rate for an attorney with my experience in 2020. *See* https://www.justice.gov/usao-dc/page/file/1189846/download.

14.      I certify that a rate of $550 per hour for my work is reasonable.

15.      I have compiled the timesheets of myself, Lena Masri, Gadeir Abbas, and Carolyn Homer, John Floyd, and Chris Choate into a single timesheet as required by local rules. Based on their timesheets and affidavits, I certify the hours listed were actually expended on the topics stated in the compiled timesheet. Also based on the timesheets and affidavits, I certify that the hours expended were reasonable.

16.      I swear under the penalty of perjury that the foregoing is true and correct.

7/6/2020
Date

Justin Sadowsky

3

**Exhibit A - Sadowsky Timesheet**

| Date | Hours | Description |
|------|-------|-------------|
| 27-Feb | 7.8 | Analyzed briefs, caselaw, and motion to dismiss to come up with strategy for MTD opposition (6.1); outlined opposition (1.7) |
| 28-Feb | 8.5 | Began drafting Motion to Dismiss (8.5) |
| 1-Mar | 6.7 | Completed first draft of Motion to Dismiss (1.1); edited Motion (5.6) |
| 4-Mar | 4.8 | Edited Motion (4.8) |
| 5-Mar | 3.3 | Assisted in preparation for filing |
| 12-Mar | 1.1 | Reviewed and analyzed AG MTD Reply |
| 20-Mar | 6.6 | Prepared outline of issues and binders for oral argument (3.5); reviewed and drafted response to Motion to Continue (3.1) |
| 27-Mar | 4.3 | Prepared for moot for hearing (3.5); team moot-call (.8) |
| 25-Apr | 1 | Reviewed Order granting and analyzed potential next steps |
| 29-Apr | 2.4 | Reviewed Motion to Stay pending appeal and drafted opposition |
| 30-Apr | 0.1 | Reviewed Order on Stay Motion (.1) |
| 1-May | 0.3 | Reviewed edits on Motion to Stay from co-counsel (.3) |
| 2-May | 1.5 | Analyzed legal grounds for Permanent Injunction without further hearing |
| 3-May | 4.1 | Drafted and edited Motion for Permanent Injunction (3.3); edited motion to stay (.8) |
| 7-May | 0.5 | Filed Motion for a Permanent Injunction |
| 8-May | 2.1 | Reviewed MTD and drafted initial outline of response |
| 19-May | 6.5 | Drafted CA Opposition to Motion to Stay |
| 23-May | 7.4 | Began drafting MTD Opposition |
| 24-May | 7.2 | Finalized first draft of MTD Opp. (3.1); edited MTD Opp. (4.1) |
| 2-Jun | 2 | Edited MTD Opp. |
| 3-Jun | 1.4 | Edited and filed MTD Opp. |
| 8-Sep | 4.8 | Reviewed and analyzed Appellants' briefs |
| 9-Sep | 4.3 | Researched and drafted DJ motion |
| 11-Nov | 7.1 | Outlined Appellee's Brief |
| 12-Nov | 8.8 | Began drafting Appellee's Brief |
| 13-Nov | 8.2 | Continued drafting Appellee's Brief |
| 14-Nov | 8.4 | Continued drafting Appellee's Brief |
| 15-Nov | 9.1 | Edited appellee's brief |
| 16-Nov | 3.5 | Edited appellee's brief |
| 20-Nov | 2.4 | Edited appellee's brief |
| 25-Nov | 4.5 | Edited appellee's brief (3); finalized admission into CA5 (1.5) |
| 26-Nov | 1.2 | Assisted in filing appellee's brief |
| 12-Dec | 8 | Reviewed all amicus briefs filed in case |
| 1/14/2020 | 1.2 | Reviewed FRAP 28j, Jordahl, and Chambers |
| 1/16/2020 | 1.1 | Listened to oral argument for Arkansas Times |
| 1/17/2020 | 2.1 | Discussed with co-counsel 28j response (.3); drafted proposed response (1.8) |
| 24-Jun | 0.9 | Put together and filed motion for fees extension |
| 25-Jun | 8 | Put together draft affidavits for team (3.5); researched and outline brief (4.5) |
| 26-Jun | 6.6 | Began drafting Fees brief |
| 30-Jun | 5.7 | Continued drafting fees brief (4.2); began compiling master timesheet as required by local rule (1.5) |

| | | |
|---|---|---|
| 1-Jul | 3.4 | Edited motion (2.8); edited affiadvits (0.6) |
| 2-Jul | 3.5 | Continued compiling master timesheet (1.4); edited motion (2.1) |
| 6-Jul | 4 | Prepared all documents for filing |

186.4

**Exhibit B - Compile CAIR Attorney Hours**

| Project | Timekeeper | Date | Hours | Description |
|---------|-----------|------|-------|-------------|
| COMPLAINT | Gadeir Abbas | 11/5/2018 | 6.5 | Research standing issues regarding  HB 89; analyze HB 89 and legislative history, public statements of lawmakers |
| | Lena Masri | 11/5/2018 | 1.5 | Legal strategy to discuss claims and procedural options |
| | Gadeir Abbas | 11/5/2018 | 1.8 | Review school district contract to prep for and conduct client |
| | Gadeir Abbas | 11/20/2018 | 0.8 | Research standing issues regarding  anti-bds law |
| | Gadeir Abbas | 11/21/2018 | 3.5 | Review and edit draft of complaint |
| | Gadeir Abbas | 12/4/2018 | 0.8 | prepare for and conduct client call; confirm facts for the |
| | Gadeir Abbas | 12/10/2018 | 1.3 | share draft complaint with client and review complaint with client to confirm facts |
| | Gadeir Abbas | 12/10/2018 | 0.8 | coordinate with local counsel to prepare for the filing of the complaint and pro hacs |
| | Lena Masri | 12/12/2018 | 1 | Review draft complaint; discussion with team |
| | Carolyn Homer | 12/12/2018 | 8.7 | Review factual materials and continued draft complaint |
| | Carolyn Homer | 12/13/2018 | 10.1 | Continued draft complaint |
| | Gadeir Abbas | 12/14/2018 | 1.3 | Review draft of complaint |
| | Lena Masri | 12/15/2018 | 1 | Formulated strategy re complaint |
| | Gadeir Abbas | 12/16/2018 | 8.8 | travel to and from Austin for client meeting; conduct client |
| | Carolyn Homer | 12/16/2018 | 0.7 | Finalize and file complaint |
| | Gadeir Abbas | 12/18/2018 | 0.5 | prepare for and conduct call with Pluecker counsel |
| | Gadeir Abbas | 12/18/2018 | 0.5 | review Pluecker complaint filing |
| PHV ADMISSIONS | Gadeir Abbas | 12/18/2018 | 0.3 | review and complete Pro Hacs; make arrangements with team to get them filed |
| PRELIMINARY INJUNCTION | Carolyn Homer | 12/18/2018 | 8.5 | Prepare draft preliminary injunction motion |
| | Lena Masri | 12/19/2018 | 0.8 | Review draft PI motion; provide feedback |
| | Carolyn Homer | 12/19/2018 | 9 | Prepare draft preliminary injunction motion; prepare declarations in support of preliminary injunction motion |
| | Gadeir Abbas | 12/20/2018 | 4.5 | review and edit prelimary injunction motion and accompanying declarations |
| | Carolyn Homer | 12/21/2018 | 9.3 | Revise, finalize and file preliminary injunction papers; initiate waiver and scheduling communications with counsel for the |
| SERVICE | Gadeir Abbas | 12/21/2018 | 0.3 | call with AG counsel re waiving service and coordinating with team to provide filled-out waivers to AG |
| | Gadeir Abbas | 12/21/2018 | 0.5 | preparation for and call with Pflugerville counsel |

| | | | | |
|---|---|---|---|---|
| PRELIMINARY INJUNCTION REPLY | Gadeir Abbas | 1/4/2019 | 0.8 | review Pluecker PI filing |
| CONSOLIDATION | Gadeir Abbas | 1/7/2019 | 1.3 | review AG's consolidation motion and analyze the brief |
| | | | | review Pflugerville counsel correspondence re potential |
| | | | | sitpulation, draft and finalize conditional stipulation of |
| STIPULATION | Gadeir Abbas | 1/7/2019 | 2.5 | dismissal, draft email to Pflugerville counsel explaining Amawi's |
| | | | | Worked with co-counsel and G. Abbas in preparing and filing |
| | Carolyn Homer | 1/8/2019 | 1.3 | conditional stipulation with Pflugerville Independent School |
| | | | | review Court's Dkt. 20 order re scheduling issues and AG's email |
| PRELIMINARY INJUNCTION | Gadeir Abbas | 1/9/2019 | 0.5 | in response to it;  discuss with team and respond to AG |
| | Gadeir Abbas | 1/9/2019 | 0.5 | prepare for and conduct call with case party attorneys |
| | Gadeir Abbas | 1/8/2019 | 0.8 | Prepare and finalize opposition to extension motion |
| PRELIMINARY INJUNCTION REPLY | Gadeir Abbas | 1/15/2019 | 2.3 | review and analyze AG response to PI; discuss with team; |
| | Carolyn Homer | 1/22/2019 | 8.4 | Prepare outline for reply in support of preliminary injunction |
| | Gadeir Abbas | 1/23/2019 | 0.8 | review State of Arizona amicus filing |
| | Carolyn Homer | 1/24/2019 | 9.7 | Prepare draft of reply in support of preliminary injunction |
| | | | | Prepare supporting declaration and revise reply in support of |
| | Carolyn Homer | 1/25/2019 | 4.1 | preliminary injunction |
| | Gadeir Abbas | 1/29/2019 | 9.5 | revise and edit PI reply |
| | Carolyn Homer | 1/29/2019 | 12.2 | Revise, finalize and file reply in support of preliminary |
| MOTION TO DISMISS OPPOSITION | Gadeir Abbas | 2/20/2019 | 3.3 | review and analyze AG's MTD |
| | | | | Analyzed briefs, caselaw, and motion to dismiss to come up |
| | Justin Sadowsky | 27-Feb | 7.8 | with strategy for MTD opposition (6.1); outlined opposition |
| | Justin Sadowsky | 28-Feb | 8.5 | Began drafting Motion to Dismiss (8.5) |
| | Justin Sadowsky | 1-Mar | 6.7 | Completed first draft of Motion to Dismiss (1.1); edited Motion |
| | Justin Sadowsky | 4-Mar | 4.8 | Edited Motion (4.8) |
| | Gadeir Abbas | 3/5/2019 | 3.5 | review MTD response draft, discuss with team |
| | Justin Sadowsky | 5-Mar | 3.3 | Assisted in preparation for filing |
| | Carolyn Homer | 3/5/2019 | 3.3 | Finalize and file opposition to Paxton's motion to dismiss |
| | Lena Masri | 3/5/2019 | 1.3 | Review draft MTD opp brief; provide feedback |
| | Justin Sadowsky | 12-Mar | 1.1 | Reviewed and analyzed AG MTD Reply |

| | | | | |
|---|---|---|---|---|
| HEARING PREPARATION | Lena Masri | 3/19/2019 | 2.5 | Hearing preparation and strategy discussion (ie, whether to offer testimony; evidence to admit, determining team |
| MOTION TO CONTINUE OPPOSITION | Justin Sadowsky | 20-Mar | 3.1 | Prepared outline of issues and binders for oral argument (3.5); reviewed and drafted response to Motion to Continue (3.1) |
| HEARING PREPARATION | Justin Sadowsky | 20-Mar | 3.5 | Prepared outline of issues and binders for oral argument (3.5); reviewed and drafted response to Motion to Continue (3.1) |
| | Gadeir Abbas | 3/22/2019 | 6.8 | read through all MTD and PI briefing; make hearing notes |
| | Gadeir Abbas | 3/26/2019 | 0.8 | call with parties' counsel re allocation of hearing time |
| | Gadeir Abbas | 3/26/2019 | 9.3 | Study key cases--Briggs, Claiborne, Jordahl, Koontz, Rumsfeld v. Fair, Arkansas Times |
| | Carolyn Homer | 3/26/2019 | 0.7 | Meet and confer with counsel regarding time allocation for |
| | Gadeir Abbas | 3/27/2019 | 7.5 | prep for and conduct moot; team discussion re hearing |
| | Gadeir Abbas | 3/27/2019 | 2.8 | review direct examination outline; discuss; give directions to |
| | Justin Sadowsky | 27-Mar | 4.3 | Prepared for moot for hearing (3.5); team moot-call (.8) |
| | Carolyn Homer | 3/27/2019 | 7.3 | Prepare direct examination outline; conduct moot on legal arguments; travel to Texas |
| | Lena Masri | 3/27/2019 | 1.5 | hearing prep, mini-moot, assign team responsibilities |
| | Lena Masri | 3/28/2019 | 5.5 | review hearing materials, travel to Austin |
| | Carolyn Homer | 3/28/2019 | 10.5 | Prepare witness and other materials for hearing |
| | Gadeir Abbas | 3/28/2019 | 12.3 | prepare for hearing by reviewing briefs, notes, and cases; travel |
| HEARING | Carolyn Homer | 3/29/2019 | 15.6 | Present evidence at preliminary injunction hearing; travel back to Washington, D.C. |
| | Lena Masri | 3/29/2020 | 10 | hearing prep, attend hearing, client debrief, travel leaving |
| | Gadeir Abbas | 3/29/2019 | 11.5 | prepare for hearing, present argument at hearing, client |
| RESPONSE TO DECISION AND STAY MOTION | Carolyn Homer | 4/25/2019 | 2.4 | Inform client of court victory, evaluate opinion |
| | Gadeir Abbas | 4/25/2019 | 1.8 | review PI decision; analyze next steps |
| | Lena Masri | 4/25/2019 | 0.8 | review PI decision |
| | Justin Sadowsky | 25-Apr | 1 | Reviewed Order granting and analyzed potential next steps |
| | Justin Sadowsky | 29-Apr | 2.4 | Reviewed Motion to Stay pending appeal and drafted |
| | Justin Sadowsky | 30-Apr | 0.1 | Reviewed Order on Stay Motion (.1) |
| | Justin Sadowsky | 1-May | 0.3 | Reviewed edits on Motion to Stay from co-counsel (.3) |
| | Gadeir Abbas | 5/2/2019 | 1.8 | review and analyze TX's motion to stay |
| | Justin Sadowsky | 2-May | 1.5 | Analyzed legal grounds for Permanent Injunction without |

| Category | Name | Date | Hours & Description |
|---|---|---|---|
| | | | Drafted and edited Motion for Permanent Injunction (3.3); |
| | Justin Sadowsky | 3-May | 4.1 edited motion to stay (.8) |
| | Justin Sadowsky | 7-May | 0.5 Filed Motion for a Permanent Injunction |
| | Gadeir Abbas | 5/6/2019 | 0.5 Review permanent injunction draft |
| | Carolyn Homer | 5/7/2019 | 0.9 Negotiate new contract and stipulated dismissal with PFISD |
| | Gadeir Abbas | 5/8/2019 | 1.5 review motion to stay order and docket; assess possible next |
| MTD (MOOTNESS) OPP | Justin Sadowsky | 8-May | 2.1 Reviewed MTD and drafted initial outline of response |
| | Gadeir Abbas | 5/8/2019 | 1.8 review and study Motion to Dismiss |
| COMPLAINT | Gadeir Abbas | 5/9/2019 | 2.3 review and analyze D's answer to complaint |
| DISMISSAL OF PFISD | Carolyn Homer | 5/15/2019 | 1.1 File notice of voluntary dismissal of PFISD |
| 5th CIRCUIT BRIEFING (STAY) | Justin Sadowsky | 19-May | 6.5 Drafted CA Opposition to Motion to Stay |
| MTD (MOOTNESS) OPP | Justin Sadowsky | 23-May | 7.4 Began drafting MTD Opposition |
| | Justin Sadowsky | 24-May | 7.2 Finalized first draft of MTD Opp. (3.1); edited MTD Opp. (4.1) |
| 5th CIRCUIT BRIEFING (STAY) | Gadeir Abbas | 5/28/2019 | 1.3 review Fifth circuit stay order; research our options |
| MTD (MOOTNESS) OPP | Justin Sadowsky | 2-Jun | 2 Edited MTD Opp. |
| | Justin Sadowsky | 3-Jun | 1.4 Edited and filed MTD Opp. |
| | Lena Masri | 7/23/2019 | 0.8 review MTD decision |
| | Gadeir Abbas | 7/23/2019 | 2.5 review MTD decision; study mootness/standing issues |
| 5th CIRCUIT BRIEFING (MERITS) | Justin Sadowsky | 8-Sep | 4.8 Reviewed and analyzed Appellants' briefs |
| | Justin Sadowsky | 9-Sep | 4.3 Researched and drafted DJ motion |
| RESPONSE TO DECISION AND STAY MOTION | Gadeir Abbas | 10/9/2019 | 1.3 review draft of motion for decl. judgment |
| | Justin Sadowsky | 11-Nov | 7.1 Outlined Appellee's Brief |
| | Justin Sadowsky | 12-Nov | 8.8 Began drafting Appellee's Brief |
| | Justin Sadowsky | 13-Nov | 8.2 Continued drafting Appellee's Brief |
| | Justin Sadowsky | 14-Nov | 8.4 Continued drafting Appellee's Brief |
| | Justin Sadowsky | 15-Nov | 9.1 Edited appellee's brief |
| | Justin Sadowsky | 16-Nov | 3.5 Edited appellee's brief |
| | Justin Sadowsky | 20-Nov | 2.4 Edited appellee's brief |
| | Justin Sadowsky | 25-Nov | 4.5 Edited appellee's brief (3); finalized admission into CA5 (1.5) |
| | Justin Sadowsky | 26-Nov | 1.2 Assisted in filing appellee's brief |
| | Carolyn Homer | 11/26/2019 | 4.7 Revise, finalize, and file appellate brief |
| | Gadeir Abbas | 11/26/2019 | 4.3 review and edit appellee brief |
| | Justin Sadowsky | 12-Dec | 8 Reviewed all amicus briefs filed in case |

| | | | | |
|---|---|---|---|---|
| 5th CIRCUIT 28(j) RESPONSE | Justin Sadowsky | 1/14/2020 | 1.2 | Reviewed FRAP 28j, Jordahl, and Chambers |
| | Justin Sadowsky | 1/16/2020 | 1.1 | Listened to oral argument for Arkansas Times |
| | Justin Sadowsky | 1/17/2020 | 2.1 | Discussed with co-counsel 28j response (.3); drafted proposed response (1.8) |
| FEES MOTIONS | Justin Sadowsky | 24-Jun | 0.9 | Put together and filed motion for fees extension |
| | Justin Sadowsky | 25-Jun | 8 | Put together draft affidavits for team (3.5); researched and outline brief (4.5) |
| | Justin Sadowsky | 26-Jun | 6.6 | Began drafting Fees brief |
| | Justin Sadowsky | 30-Jun | 5.7 | Continued drafting fees brief (4.2); began compiling master timesheet as required by local rule (1.5) |
| | Justin Sadowsky | 1-Jul | 3.4 | Edited motion (2.8); edited affiadvts (0.6) |
| | Gadeir Abbas | 7/1/2019 | 1.5 | prepare documents and records for fee motion |
| | Justin Sadowsky | 2-Jul | 3.5 | Continued compiling master timesheet (1.4); edited motion |
| | Gadeir Abbas | 7/2/2019 | 4.3 | prepare documents and records for fee motion |
| | Gadeir Abbas | 7/6/2019 | 5.5 | review and finalize declarations, briefs, records, etc. for fee |
| | Justin Sadowsky | 7/6/2020 | 4 | Prepared all documents for filing |

| Total by category | Hours |
|---|---|
| COMPLAINT | 51.9 |
| PHV ADMISSIONS | 0.3 |
| PRELIMINARY INJUNCTION MOTION | 33.9 |
| SERVICE | 0.8 |
| STIPULATION | 3.8 |
| CONSOLIDATION | 1.3 |
| | |
| PRELIMINARY INJUNCTION REPLY | 47.8 |
| | |
| MOTION TO DISMISS OPPOSITION | 43.6 |
| MOTION TO CONTINUE OPPOSITION | 3.1 |
| HEARING PREP | 75.3 |
| HEARING | 37.1 |

| | |
|---|---|
| RESPONSE TO DECISION AND STAY | 20.9 |
| MTD (MOOTNESS) OPPOSITION | 25.2 |
| DISMISSAL OF PFISD | 1.1 |
| 5th CIRCUIT BRIEFING (STAY) | 7.8 |
| 5th CIRCUIT BRIEFING (MERITS) | 79.3 |
| 5th CIRCUIT 28(j) RESPONSE | 4.4 |
| FEES MOTION | 43.4 |
| | |
| TOTAL | 481 |

463