UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BAHIA AMAWI

   Plaintiff,

 vs.

PFLUGERVILLE INDEPENDENT SCHOOL
DISTRICT; and

KEN PAXTON, in his official capacity as
Attorney General of Texas,

   Defendants.

Case No. 1:18-cv-01091-RP

## DECLARATION OF JOHN T. FLOYD

 I, John T. Floyd, swear under the penalty of perjury that the following facts are true to the best of my knowledge, information, and belief:

 1. I have personal knowledge of the facts set forth below. If I were called as a witness, I could competently testify about what I have written in this declaration.

 2. I am currently a member of good standing of the State Bar of Texas and have been licensed since 2004.

 3. I graduated from the South Texas College of Law in 1994, and since then, I have practiced law in state and federal courts across Texas. I am admitted to the Western, Southern, and Eastern Districts of Texas, and the Eastern District of Michigan. I am Board Certified in Criminal Law by the Texas Board of Legal Specialization. While my firm—the John T. Floyd Law Firm—is located in Houston, I am familiar with the Austin legal market and with rates Texas lawyers typically charge in metropolitan areas of the state.

4.      I thus had 24 years of experience when I started this case.  At this point, I have more than 25 years of legal experience.

5.      I am an attorney for Bahia Amawi who has worked on this case.  During the course of our representation, I have recorded the time spent performing legal services in this case. I entered in a description of the legal services together with the precise time, to .25 of an hour, spent performing such legal services on a daily basis. A true and correct copy of the spreadsheet recording that time is attached as Exhibit A.

6.      The total amount of hours I expended in this action is 8.50 hours.  These hours were all spent litigating this case in federal district court prior to May 7, 2019, the date Texas amended the anti-BDS law at issue in this case.

7.      I certify that the hours listed were actually expended on the topics stated in my time sheet and that the hours expended were reasonable.  I also certify that the rate I am seeking is reasonable.

8.      The current U.S. Attorneys Office *Laffey* matrix for the District of Columbia uses a $572.00 hourly rate for an attorney with my experience for 2018, a $572.00 hourly rate for an attorney with my experience in 2019, and a $595.00 hourly rate for an attorney with my experience in 2020.  *See* https://www.justice.gov/usao-dc/file/796471/download.

9.      My rate for this case was $500.00 per hour, and Chris Choate's rate was $450.00.  In my experience, within this State's metropolitan areas, reputable lawyers typically charge: (1) with more than 25 years of experience, between $700-$1000 per hour, (2) with between 15-25 years of experience, $500-700 per hour, (3) with between 8-15 years of experience, $400-600, and (4) with 5-8 years of experience, $350-550 per hour. I have reviewed the fee rates sought by the CAIR attorneys in this case, including the $550 rate sought by Justin Sadowsky and Lena Masri, the $450 rate sought by Carolyn Homer, and Gadeir Abbas. Those rates are reasonable, particularly in light of the specialized skills of

the attorneys in this case.

       I swear under the penalty of perjury that the foregoing is true and correct.

/s/John Floyd
_____
John T. Floyd

7/6/2020
_____
Date

**Exhibit A - John T Floyd Law Firm Hours Spreadsheet**

# Bahia Amawi Timesheet

| Date | Task | Timekeeper | Hours | Fee |
|---|---|---|---|---|
| December 10, 2018 | Review draft Complaint | JTF | 0.5 | $250.00 |
| | Review draft Complaint | CMC | 0.5 | $225.00 |
| December 11, 2018 | Firm meeting regarding Complaint | JTF | 0.5 | $250.00 |
| | Firm meeting regarding Complaint | CMC | 0.5 | $225.00 |
| | Research re Complaint | CMC | 0.5 | $225.00 |
| | Research re Complaint | JTF | 1 | $500.00 |
| December 12, 2018 | Review/Respond to Correspondence with Ptf Counsel | JTF | 0.75 | $375.00 |
| December 13, 2018 | Review/Respond to Correspondence with Ptf Counsel | JTF | 0.5 | $250.00 |
| December 14, 2018 | Review/Respond to Correspondence with Ptf Counsel | CMC | 0.25 | $112.50 |
| | Review/Respond to Correspondence with Ptf Counsel | JTF | 0.5 | $250.00 |
| December 16, 2018 | Review/Respond to Correspondence with Ptf Counsel | CMC | 0.25 | $112.50 |
| | Review/Respond to Correspondence with Ptf Counsel | JTF | 0.5 | $250.00 |
| December 16 | Filing Complaint | CMC | 0.75 | $337.50 |
| | Review Case Notifications | CMC | 0.25 | $112.50 |
| | Review Case Notifications | JTF | 0.25 | $125.00 |
| December 17 | Review/Respond to Correspondence with Ptf Counsel | CMC | 0.25 | $112.50 |
| | Review Case Notifications | JTF | 0.25 | $125.00 |
| | Review Case Notifications | CMC | 0.25 | $112.50 |
| | Review/Respond to Correspondence with Ptf Counsel | JTF | 0.5 | $250.00 |
| | Review/Respond to Correspondence with Ptf Counsel | CMC | 0.25 | $112.50 |
| | Review/Respond Correspondence from prospective amici | CMC | 0.25 | $112.50 |
| | Review/Respond Correspondence from prospective amici | JTF | 0.25 | $125.00 |
| December 18 | Review/Respond Correspondence from multiple prospective | CMC | 0.5 | $225.00 |
| | Review/respond Correspondence with Ptf Counsel | CMC | 0.25 | $112.50 |
| December 19, 2018 | Review/respond Correspondence with Ptf Counsel | CMC | 0.5 | $225.00 |
| | File motions to appear Pro Hac Vice | CMC | 0.5 | $225.00 |
| December 20, 2018 | Review/respond Correspondence between AG's office and F | CMC | 0.5 | $225.00 |
| | Review/respond Correspondence between AG's office and F | JTF | 0.5 | $250.00 |
| | Review/respond Correspondence from prospective amici | CMC | 0.25 | $112.50 |
| | Review/respond Correspondence from Ptf Counsel | CMC | 0.25 | $112.50 |
| | Review/respond Correspondence from Ptf Counsel | CMC | 0.25 | $112.50 |
| | Review/respond Correspondence from Ptf Counsel | JTF | 0.25 | $125.00 |

| December 21, 2018 | Review Preliminary Injunction Filings | JTF | 1 | $500.00 |
| | Review Preliminary Injunction Filings | CMC | 1 | $450.00 |
| | Filing Preliminary Injunction | CMC | 0.5 | $225.00 |
| | Review/respond Correspondence to Court | CMC | 0.25 | $112.50 |
| | Review/respond Correspondence with Ptf Counsel | CMC | 0.75 | $337.50 |
| | Review/respond Correspondence with Ptf Counsel | JTF | 0.75 | $375.00 |
| | Review Case Notifications | CMC | 0.5 | $225.00 |
| | Review Case Notifications | JTF | 0.5 | $250.00 |
| | Review/respond Correspondence with AG's Office | CMC | 0.25 | $112.50 |
| | Review/respond Correspondence with Ptf Counsel | CMC | 0.25 | $112.50 |
| | | **Subtotal:** | 18.50 | $8,750.00 |
| | | **Filing Fees:** | | |
| | | **Total:** | | $8,750.00 |