**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **BAHIA AMAWI** | Case No. 1:18-cv-01091-RP |
|       Plaintiff, | |
| vs. | |
| **PFLUGERVILLE INDEPENDENT SCHOOL DISTRICT**; and | |
| **KEN PAXTON**, in his official capacity as Attorney General of Texas, | |
|       Defendants. | |

**<u>DECLARATION OF CHRIS CHOATE</u>**

I, Chris Choate, swear under the penalty of perjury that the following facts are true to the best of my knowledge, information, and belief:

1.     I have personal knowledge of the facts set forth below. If I were called as a witness, I could competently testify about what I have written in this declaration.

2.     I am currently a member of good standing of the State Bar of Texas and have been licensed since 2004.

3.     I graduated from the Maurer School of Law at Indiana University Bloomington in 2004, and since then, I have practiced law in state and multiple federal courts. I am admitted to the Western, Southern, and Eastern Districts of Texas, and the Eastern District of Michigan. I have appeared pro hac vice in more than 25 federal district and circuit courts across the United States, from Tacoma, Washington to San Juan, Puerto Rico. While the John T. Floyd Law Firm is located in Houston, I am familiar with the Austin legal market and with rates Texas lawyers typically charge in metropolitan areas of the state.

1

4.     I thus had 14 years of experience when I started this case.  At this point, I have more than 15 years of legal experience.

5.     I am an attorney for Bahia Amawi who has worked on this case.  During the course of our representation, I have recorded the time spent performing legal services in this case. I entered in a description of the legal services together with the precise time, to .25 of an hour, spent performing such legal services on a daily basis. A true and correct copy of the spreadsheet recording that time is attached as Exhibit A.

6.     The total amount of hours I expended in this action is 10 hours.  These hours were all spent litigating this case in federal district court prior to May 7, 2019, the date Texas amended the anti-BDS law at issue in this case.

7.     I certify that the hours listed were actually expended on the topics stated in my time sheet and that the hours expended were reasonable.  I also certify that the rate I am seeking is reasonable.

8.     The current U.S. Attorneys Office *Laffey* matrix for the District of Columbia uses a $491.00 hourly rate for an attorney with my experience for 2018, a $491.00 hourly rate for an attorney with my experience in 2019, and a $510.00 hourly rate for an attorney with my experience in 2020.  *See* https://www.justice.gov/usao-dc/file/796471/download.

9.     My rate for this case was $450.00 per hour, and John T. Floyd's rate was $500.00.  In my experience, within this State's metropolitan areas, reputable lawyers typically charge: (1) with more than 25 years of experience, between $700-$1000 per hour, (2) with between 15-25 years of experience, $500-700 per hour, (3) with between 8-15 years of experience, $400-600, and (4) with 5-8 years of experience, $350-550 per hour. I have reviewed the fee rates sought by the CAIR attorneys in this case, including the $550 rate sought by Justin Sadowsky and Lena Masri, the $450 rate sought by Carolyn Homer, and Gadeir Abbas. Those rates are reasonable, particularly in light of the specialized skills of

2

the attorneys in this case.

I swear under the penalty of perjury that the foregoing is true and correct.

_____
Chris Choate

_____
Date

**Exhibit A - John T Floyd Law Firm Hours Spreadsheet**

## Bahia Amawi Timesheet

| Date | Task | Timekeeper | Hours | Fee |
|------|------|-----------|-------|-----|
| December 10, 2018 | Review draft Complaint | JTF | 0.5 | $250.00 |
| | Review draft Complaint | CMC | 0.5 | $225.00 |
| December 11, 2018 | Firm meeting regarding Complaint | JTF | 0.5 | $250.00 |
| | Firm meeting regarding Complaint | CMC | 0.5 | $225.00 |
| | Research re Complaint | CMC | 0.5 | $225.00 |
| | Research re Complaint | JTF | 1 | $500.00 |
| December 12, 2018 | Review/Respond to Correspondence with Ptf Counsel | JTF | 0.75 | $375.00 |
| December 13, 2018 | Review/Respond to Correspondence with Ptf Counsel | JTF | 0.5 | $250.00 |
| December 14, 2018 | Review/Respond to Correspondence with Ptf Counsel | CMC | 0.25 | $112.50 |
| | Review/Respond to Correspondence with Ptf Counsel | JTF | 0.5 | $250.00 |
| December 16, 2018 | Review/Respond to Correspondence with Ptf Counsel | CMC | 0.25 | $112.50 |
| | Review/Respond to Correspondence with Ptf Counsel | JTF | 0.5 | $250.00 |
| December 16 | Filing Complaint | CMC | 0.75 | $337.50 |
| | Review Case Notifications | CMC | 0.25 | $112.50 |
| | Review Case Notifications | JTF | 0.25 | $125.00 |
| December 17 | Review/Respond to Correspondence with Ptf Counsel | CMC | 0.25 | $112.50 |
| | Review Case Notifications | JTF | 0.25 | $125.00 |
| | Review Case Notifications | CMC | 0.25 | $112.50 |
| | Review/Respond to Correspondence with Ptf Counsel | JTF | 0.5 | $250.00 |
| | Review/Respond to Correspondence with Ptf Counsel | CMC | 0.25 | $112.50 |
| | Review/Respond Correspondence from prospective amici | JTF | 0.25 | $125.00 |
| December 18 | Review/Respond Correspondence from multiple prospective | CMC | 0.5 | $225.00 |
| | Review/respond Correspondence with Ptf Counsel | CMC | 0.25 | $112.50 |
| December 19, 2018 | Review/respond Correspondence with Ptf Counsel | CMC | 0.25 | $112.50 |
| | File motions to appear Pro Hac Vice | CMC | 0.5 | $225.00 |
| December 20, 2018 | Review/respond Correspondence between AG's office and F | JTF | 0.5 | $250.00 |
| | Review/respond Correspondence from prospective amici | CMC | 0.25 | $112.50 |
| | Review/respond Correspondence from Ptf Counsel | CMC | 0.25 | $112.50 |
| | Review/respond Correspondence from Ptf Counsel | CMC | 0.25 | $112.50 |
| | Review/respond Correspondence from Ptf Counsel | JTF | 0.25 | $125.00 |

| December 21, 2018 | Review Preliminary Injunction Filings | JTF | 1 | $500.00 |
| | Review Preliminary Injunction Filings | CMC | 1 | $450.00 |
| | Filing Preliminary Injunction | CMC | 0.5 | $225.00 |
| | Review/respond Correspondence to Court | CMC | 0.25 | $112.50 |
| | Review/respond Correspondence with Ptf Counsel | CMC | 0.75 | $337.50 |
| | Review/respond Correspondence with Ptf Counsel | JTF | 0.75 | $375.00 |
| | Review Case Notifications | CMC | 0.5 | $225.00 |
| | Review Case Notifications | JTF | 0.5 | $250.00 |
| | Review/respond Correspondence with AG's Office | CMC | 0.25 | $112.50 |
| | Review/respond Correspondence with Ptf Counsel | CMC | 0.25 | $112.50 |
| | | **Subtotal:** | 18.50 | $8,750.00 |
| | | **Filing Fees:** | | |
| | | **Total:** | | $8,750.00 |