UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Bahia Amawi,** § | | |
| § | | |
| **Plaintiff** § | | Case No. 1:18-cv-1091-RP |
| § | | |
| v. § | | *consolidated with:* |
| § | | |
| **Pflugerville Independent School District, et. al.** § § | | Case No. 1:18-cv-1100-RP |
| § | | |
| **Defendants** § | | |

## JOINT STIPULATION REGARDING FEES AND COSTS

COME NOW Plaintiffs Zachary Abdelhadi and Obinna Dennar, Defendant Trustees of the Klein Independent School District, in the name of the Klein Independent School District ("KISD"), and Defendant Trustees of the Lewisville Independent School District, in the name of the Lewisville Independent School District ("LISD"), and file this Joint Stipulation Regarding Fees and Costs.

On March 31, 2021, the Court entered an Order granting in part and denying in part Plaintiffs Abdelhadi and Dennar's Opposed Motion for Attorneys' Fees. Dkt. 142. Plaintiffs Abdelhadi and Dennar, the only Plaintiffs in this litigation to assert claims against KISD and LISD, did not seek, and do not seek, attorneys' fees and costs from KISD or LISD in this litigation. *See* Dkt. 126-1 at 9 n.2 (noting that Plaintiffs sought fees against only the State and excluded from their Motion for Attorneys' Fees time spent on issues raised by other parties and applied an additional 10% reduction in fees out of an abundance of caution).

Plaintiffs Abdelhadi and Dennar stipulate that the Order [Dkt. 142] awards attorneys' fees and costs against Defendant Ken Paxton, Texas Attorney General, only, and awards no attorneys' fees or costs against KISD or LISD.

Respectfully submitted,

 /s/ Francisco J. Valenzuela
**THOMAS P. BRANDT**
  State Bar No. 02883500
  tbrandt@fhmbk.com
 **FRANCISCO J. VALENZUELA**
  State Bar No. 24056464
  fvalenzuela@fhmbk.com
 **LAURA O'LEARY**
  State Bar No. 24072262
  loleary@fhmbk.com

**FANNING HARPER MARTINSON
  BRANDT & KUTCHIN, P.C.**
Two Energy Square
4849 Greenville Ave., Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**COUNSEL FOR DEFENDANT LEWISVILLE
INDEPENDENT SCHOOL DISTRICT AND KLEIN
INDEPENDENT SCHOOL DISTRICT**

/s/ Edgar Saldivar
Edgar Saldivar, TX Bar No. 24038188
Thomas Buser-Clancy, TX Bar No. 24078344
Andre Segura, TX Bar No. 24107112
ACLU Foundation of Texas, Inc.
P.O. Box 8306
Houston, TX 77288
(713) 325-7011 (Telephone)
(713) 942-8966 (Fax)
esaldivar@aclutx.org
tbuser-clancy@aclutx.org
asegura@aclutx.org

**COUNSEL FOR PLAINTIFFS
ZACHARY ABDELHADI AND OBINNA DENNAR**

## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of April, 2021, I electronically filed the foregoing document with the clerk of the Court for the United States District Court, Western District of Texas, using the electronic case filing system of the Court, and served this document on all attorneys of record in accordance with Rule 5 of the Federal Rules of Civil Procedure.

    /s/ Francisco J. Valenzuela
**FRANCISCO J. VALENZUELA**