IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Amawi, et al. § | |
|     *Plaintiffs,* § | |
| § | |
| v. § | Civil Action No.: 1:18-CV-1091-RP |
| § | |
| Pflugerville I.S.D., et al. § | |
|     *Defendants.* § | |

## ORDER ON PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES

On March 31, 2021, the Court entered an Order granting in part and denying in part Plaintiff Amawi's and the Pluecker Plaintiffs' motions for attorneys' fees (Dkt. 142). Specifically, the Order granted in part and denied in part Pluecker Plaintiffs' Opposed Motion for Attorneys' Fees Pursuant to 42 U.S.C. § 1988, (Dkt. 126), and Bahia Amawi's Motion for Attorneys' Fees and Costs, (Dkt. 127). The Court also ordered that the Plaintiffs shall recover attorney's fees and costs from Defendant Attorney General Paxton in accordance with its March 31, 2021 Order and in the amounts set out in a joint proposed Order to be filed by the parties on or before April 14, 2021 (Dkt. 142).[1] The parties have conferred and filed their joint proposed Order. Having reviewed the joint proposed order, as well as the Court's prior Order (Dkt. 142), the briefs, the supporting documents, the record, and the applicable law, the Court issues the following order.

**IT IS ORDERED** that the Pluecker Plaintiffs shall recover from Defendant Attorney General Paxton reasonable attorney's fees in the total amount of **$199,927.60**, as set forth in the following table of rates and hours, including discounts, ordered by this Court:

---

[1] Amawi and the Pluecker Plaintiffs sought fees against only Defendant Attorney General Paxton. They did not seek fees from any other defendant and excluded from their fees' motions time spent dealing with matters raised solely by other defendants. Accordingly, this Order awards attorneys' fees and costs against only Defendant Attorney General Paxton.

| Attorney | Hourly rate (with 20% reduction per Court's Order) | Hours Billed (incl. fees motion) | Hours Reduced Per Court's Order (10% of time entries describing a court filing) | Total Hours Awarded | Reasonable Fees |
|---|---|---|---|---|---|
| Kevin Dubose | $520 | 38.91 | 0 | 38.91 | $20,233.20 |
| Edgar Saldivar | $440 | 197.44 | 1.37 | 196.07 | $86,270.80 |
| Andre Segura | $440 | 13.32 | 0 | 13.32 | $5,860.80 |
| Thomas Buser-Clancy | $360 | 203.48 | 0.78 | 202.7 | $72,972.00 |
| Brian Hauss | $360 | 23.49 | 0 | 23.49 | $8,456.40 |
| Vera Eidelman | $360 | 10.44 | 0 | 10.44 | $3,758.40 |
| Christopher Clay | $120 | 21.15 | 1.35 | 19.8 | $2,376.00 |
| TOTALS | | 508.23 | 3.5 | 504.73 | $199,927.60 |

**IT IS ORDERED** that the Pluecker Plaintiffs shall recover from Defendant Attorney General Paxton reasonable costs in the total amount of **$810.20**.

**IT IS ORDERED** that Plaintiff Amawi shall recover from Defendant Attorney General Paxton reasonable attorney's fees in the total amount of **$136,381.15** as set forth in the following table of rates and hours, including discounts, as ordered by this Court:

| Attorney | Hourly rate (less 30% per Court's Order) | Hours Billed (incl. fees motion) | Hours Reduced for Clerical (10% of time entries for a court filing) | Hours Reduced for Travel (50% of time entries for travel) | Hours Reduced for Appeal (50% of time entries for appellate work) | Total Hours Awarded | Reasonable Fees |
|---|---|---|---|---|---|---|---|
| Lena Masri | $385 | 26.7 | 0 | 7.75 | | 18.95 | $7,295.75 |
| Gadeir Abbas | $315 | 139.4 | .03 | 16.3 | 2.8 | 120.27 | $37,885.05 |
| Justin Sadowsky | $385 | 186.4 | 0.383 | 0 | 40.6 | 145.417 | $55,985.55 |
| Carolyn Homer | $315 | 128.5 | 2.907 | 11.45 | 2.35 | 111.793 | $35,214.80 |
| TOTAL | | 481.0 | 3.32 | 35.5 | 45.75 | 396.43 | $136,381.15 |

**IT IS ORDERED** that Plaintiff Amawi shall recover from Defendant Attorney General Paxton reasonable costs in the total amount of **$4,396.05**.

Ordered this 29th day of            April            , 2021.

ROBERT PITMAN
U.S. DISTRICT JUDGE